|  |  |
|---|---|
|  | FILED JAN - 9 2012 CLERK, U.S. DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: ED 12-4 M |
|---|---|---|
| Plaintiff, | ) | ORDER OF DETENTION |
| v. | ) | (FED.R. CRIM. P.32.1(a)(6); 18 U.S.C. § 3143(a)) |
| VIRGINIA ANN REYES | ) |  |
| Defendant. | ) |  |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **SOUTHERN** District of **CALIFORNIA** for alleged violation(s) of the terms and conditions of probation or supervised release; and

    Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.   (✓)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

- ON SUPERVISED RELEASE AT TIME OF ALLEG. VIOL.
- HISTORY OF UNSATISFACTORY PERFORM. ON SUP. REL.
- RESIDENTIAL INSTABILITY
- LACK OF IDENTIFIABLE BAIL RESOURCES

1 and/or

2 B.   ( )   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

_____
_____
_____
_____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 1/9/12

HONORABLE DAVID T. BRISTOW
United States Magistrate Judge

2